**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**


**STEVEN SEPLOWIN**,             )
**AMERICAN REALTY PROS**,    )
                                   )
             Plaintiff,        )
                                   )
            v.              )      Case No. 15 C 2051
                                   )
**ZILLOW, INC.**,               )
                                   )
             Defendant.    )


## <u>MEMORANDUM ORDER</u>

Although this Court has issued its customary initial scheduling order, including the setting of a next status date and time of April 29, 2015 at 9 a.m., this brief memorandum order is issued to address an unexplained aspect of the Complaint drafted and filed by Steven Seplowin ("Seplowin"). What Seplowin has done is to use the term "plaintiff" in the singular throughout his Complaint, but he lists the additional name of "American Realty Pros" in both the case caption and Complaint ¶ 1, without providing any explanatory information whatever. If for example that name refers to a corporation, the Complaint is deficient in its diversity of citizenship allegations. If however that is simply a doing-business name under which Seplowin carries out his real estate business described in the Complaint, or if there is some third possibility, Seplowin must set that out instead. In all events, this Court needs to determine whether any further action is necessary in the interim between now and the scheduled status date.

Accordingly Seplowin is ordered to file an appropriate amendment to the Complaint (not a full-blown Amended Complaint) on or before April 5, 2015. This Court will then determine

what further action (if any) should be taken.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 27, 2015