IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STEVEN SEPLOWIN,                )
AMERICAN REALTY PROS,            )
                                 )
            Plaintiff,           )
                                 )
      v.                         )    Case No. 15 C 2051
                                 )
ZILLOW, INC.,                    )
                                 )
            Defendant.           )

## MEMORANDUM ORDER

Last month this action was transferred from this District Court to the United States District Court for the Western District of Washington, Seattle Division, a transfer called for by the express forum selection clause that designated the State of Washington location as the exclusive forum for any litigation growing out of the parties' agreement that had given rise to this action brought by pro se plaintiff Steven Seplowin ("Seplowin"). As this Court's supplemental memorandum order of May 19 ("Order") stated in part:

> Unfortunately Seplowin stubbornly resisted the reality and effect of that aspect of the parties' relationship (just as Seplowin also refused to acknowledge that he, as a nonlawyer, had no right to represent in court American Realty LLC (his company that he chose to join as a co-plaintiff in this action)).

Although that Order concluded by denying on mootness grounds what this Court had then understood to be the only belatedly-tendered pro se motions filed by Seplowin [Dkt. Nos. 41 and 42], this Court's just-received month-end printout of all motions shown as still pending on cases that have or had been assigned to this Court's calendar includes an earlier-filed motion by defendant Zillow, Inc. ("Zillow") seeking an award of attorney's fees against Seplowin and his

co-plaintiff American Realty LLC (that listing shows the motion as having been filed on March 27, 2015 but does not reflect a docket number).  It is not entirely clear whether Zillow still intends to pursue that motion (its counsel did not raise that issue during the final proceedings that led to the transfer of the case), but in all events no good reason appears for such a tag end to be addressed by this Court rather than the transferee court.  Accordingly it is ordered that the motion referred to here be transferred to the State of Washington District Court for disposition, and it is therefore deleted from this Court's pending calendar.

                                            Milton I. Shadur
                                            Senior United States District Judge

Date:  June 1, 2015